UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN THE MATTER OF THE SEIZURE )<br>OF MISCELLANEOUS JEWELRY )<br>SEIZED FROM 5 SAW MILL POND )<br>ROAD, SHARON, MA, ON FEBRUARY )<br>20, 2025 ) | M.B.D. No. 25-MC-91392 |

### ASSENTED-TO MOTION TO EXTEND TIME TO FILE CIVIL FORFEITURE COMPLAINT, FOR 60 DAYS, TO AND INCLUDING OCTOBER 18, 2025

The United States of America, by and through its attorney, Leah B. Foley, United States Attorney for the District of Massachusetts, as authorized pursuant to 18 U.S.C. § 983(a)(3)(A), with the assent of Claimant Seema Sharma, through their counsel (the "Claimant") hereby moves to extend from August 19, 2025, to October 18, 2025, the time in which the United States is required to file a Verified Complaint for Forfeiture *in Rem* alleging forfeiture regarding the following property for which a claim has been filed by the Claimant in a nonjudicial civil forfeiture proceeding with the Federal Bureau of Investigation ("FBI"):

    a. Miscellaneous jewelry seized from 5 Saw Mill Pond Road, Sharon, MA on February 20, 2025;

(the "Property").

A proposed Order Extending the Time to File Civil Forfeiture Complaint is submitted herewith. In support of this motion, the United States, states as follows:

1. The Property was seized on February 20, 2025.

2. FBI sent notice of its intent to forfeit the Property administratively, as required by 18 U.S.C. § 983(a)(1)(A).

3. The Claimant filed claims to the Property, which were received by FBI.

4. FBI transmitted the claims received in the nonjudicial civil forfeiture proceedings

for the Property to the United States Attorney for the District of Massachusetts for the purpose of initiating a judicial forfeiture action against the Property.

5. In general, the United States must take action within 90 days after a claim is filed in the nonjudicial forfeiture proceeding, unless the time has been extended for good cause or upon agreement of the parties. Specifically, 18 U.S.C. § 983(a)(3)(A) provides:

> (A) Not later than 90 days after a claim has been filed, the Government shall file a complaint for forfeiture in the manner set forth in the Supplemental Rules for Certain Admiralty and Maritime Claims or return the property pending the filing of a complaint, except that a court in the district in which the complaint will be filed may extend the period for filing a complaint for good cause shown ***or upon agreement of the parties***.
> [(emphasis added).]

6. The United States, with the assent of Claimant via their counsel, Joshua Lowther, Esq., requests an extension of time, to and including October 18, 2025, so that the United States may review information associated with this matter, including gathering any additional material necessary to evaluate the claim.

## CONCLUSION

The United States, with the assent of the Claimant, respectfully requests that the Court enter an Order extending the period in which the United States is required to file a civil complaint against the Property, up to and including October 18, 2025.

Respectfully submitted,

LEAH B. FOLEY,
United States Attorney,

By:  */s/ Carol E. Head*
CAROL E. HEAD
Assistant United States Attorney
United States Attorney's Office
1 Courthouse Way, Suite 9200
Boston, MA 02210

|  |  |
|---|---|
| Date: August 18, 2025 | (617) 748-3100<br>Carol.Head@usdoj.gov |

## CERTIFICATE OF SERIVCE

A copy of this document will be served via email on counsel for the claimant, Joshua Lowther, Esq.

*/s/ Carol E. Head*
Carol E. Head
Assistant United States Attorney

3